# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-13936-ELF

SERGE H. GNEBEYOU

182 FAIRVIEW AVENUE

YEADON, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SERGE H. GNEBEYOU

    182 FAIRVIEW AVENUE

    YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

Date: 7/17/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee